O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA INC., a California nonprofit religious corporation; INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF ARIZONA, an Arizona nonprofit religious corporation doing business as BLUE STAR,<br><br>          Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES, a California Municipal Corporation; CITY OF LOS ANGELES DEPARTMENT OF RECREATION AND PARKS, a division of the City of Los Angeles,<br><br>          Defendants. | Case No. CV 15-01320 DDP (AGRx)<br><br>**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**<br><br>[Dkt. No. 10] |

    Defendants, City of Los Angeles and City of Los Angeles Department of Recreation and Parks, are ordered to appear before the United States District Court for the Central District of California, in the courtroom of the Honorable Dean D. Pregerson,

United States District Judge, at **11:00 a.m., on March 30, 2015**, and show cause why a preliminary injunction should not be issued against enforcement of an unwritten policy or rule that restricts prohibits the sale of religious literature, and the solicitation of donations in conjunction with the distribution of religious literature, as well as the sale of message-bearing T-shirts and other merchandise, on the public walkways and plaza areas of the Griffith Observatory, outside of a certain designated area adjacent to East Observatory Road.

Defendants are ordered to serve and file any papers in opposition to the issuance of a preliminary injunction no later than March 16, 2015. A memorandum in opposition shall be no more than 25 pages in length and shall conform to Local Rule 11-3.

Plaintiff is further ordered to serve and file any reply papers in support of issuance of the preliminary injunction no later than March 23, 2015. A memorandum in reply shall be no more than 20 pages in length and shall conform to Local Rule 11-3.

IT IS SO ORDERED.

Dated: March 6, 2015

DEAN D. PREGERSON
United States District Judge

2